IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BARRY M. COCKRELL, Individually
and on behalf of himself and other
similarly situated current and former
employees,

    Plaintiff,

v.        No. 1:20-cv-01156-JDB-jay

CITY OF JACKSON, TENNESSEE,

    Defendant.

_____

ORDER PERMITTING PARTIES TO FILE JOINT MOTION FOR SETTLEMENT
APPROVAL ON OR BEFORE APRIL 4, 2022
_____

On March 7, 2022, the parties filed a notice indicating that this matter has settled in principle subject to Court approval. (Docket Entry 30.) Therein, the parties sought permission to file a joint motion for settlement approval on or before April 4, 2022. The request is hereby GRANTED.

IT IS SO ORDERED this 8th day of March 2022.

                s/ J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE