IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BARRY M. COCKRELL, Individually,
and on behalf of himself and other similarly
situated current and former employees,

    Plaintiff,

v.                                              No. 1:20-cv-01156-JDB-jay

CITY OF JACKSON, TENNESSEE,

    Defendant.

ORDER RESOLVING FLSA CLAIMS

    Plaintiff, Barry M. Cockrell, filed a complaint against Defendant, City of Jackson, Tennessee, on July 17, 2020, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (Docket Entry ("D.E.") 1.) The parties now jointly seek approval of their proposed Settlement Agreement and Release of Claims. (D.E. 32.) For the following reasons, the motion is GRANTED.

    A district court must scrutinize a proposed FLSA settlement for fairness and determine whether it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Nutting v. Unilever Mfg. (U.S.) Inc.*, No. 2:14-cv-02239-JPM-tmp, 2014 WL 2959481, at *3 (W.D. Tenn. June 13, 2014). In this analysis, the Court examines three factors: (1) whether the settlement was achieved in an adversarial context, (2) whether the plaintiff was protected by attorneys who can protect his rights and (3) whether the settlement reflects a fair and reasonable compromise of the issues in dispute. *Lynn's Food Stores*, 679 F.2d at 1354.

    Based on a review of the parties' submissions in this case, the Court finds that the proposed Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute. The

Settlement Agreement was negotiated and agreed upon in an adversarial context, both sides are represented by experienced labor and employment counsel, and the agreed-upon resolution represents a fair and reasonable compromise of the FLSA claims given the significant factual disputes in the case and the uncertainty associated with proceeding to trial.

Accordingly, Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 11th day of April 2022.

s/ J. DANIEL BREEN<br>UNITED STATES DISTRICT JUDGE